MERCEXCHANGE, L.L.C.,
Plaintiff–Appellant,

v.

eBAY, INC. and Half.com, Inc.,
Defendants–Appellees.

No. 2007–1531.

United States Court of Appeals,
Federal Circuit.

March 3, 2008.

ON MOTION

*ORDER*

eBay, Inc., Half.com, Inc., and MercExchange, L.L.C. move to voluntarily dismiss MercExchange's appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.*

(2) All pending motions are moot.

(3) Each side shall bear its own costs.

Daniel E. GRAY, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7296.

United States Court of Appeals,
Federal Circuit.

March 4, 2008.

Daniel E. Gray, pro se.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

---

* The parties request that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.